144-15

# ELECTRONIC RECORD

| | | |
|---|---|---|
| | | INDECENCY W/ CHILD & AGGRAVATED |
| COA # 04-12-00602-CR | OFFENSE: | SEXUAL ASSAULT |
| STYLE: MICHAEL JASON TUCKER V. THE STATE OF TEXAS | COUNTY: | ATASCOSA |
| COA DISPOSITION: AFFIRMED | TRIAL COURT: | 81ST DISTRICT COURT |
| DATE: 10/08/14        Publish: YES | TC CASE #: | 12-03-0067-CRA |

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: MICHAEL JASON TUCKER V. THE STATE OF TEXAS

CCA #: __144-15__

___APPELLANT'S___ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
__REFUSED__
DATE: __06/03/2015__
JUDGE: __Per Curiam__

CCA Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____ PC: _____
PUBLISH: _____ DNP: _____

-------------------------

_____ MOTION FOR
REHEARING IN CCA IS: _____
JUDGE: _____